# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1331EA

_____

| | | |
|---|---|---|
| Jimmy Lee Butler, | * | |
| | * | |
| Appellant, | * | |
| | * | On Appeal from the United |
| v. | * | States District Court |
| | * | for the Eastern District |
| Smith, Captain, Pulaski County Jail; | * | of Arkansas. |
| Cummings, Miss, Pulaski County Jail; | * | |
| Ann Ardria, Miss, Finance Office, | * | [Not To Be Published] |
| Pulaski County Jail; Randy Johnson, | * | |
| Sheriff, Pulaski County Jail, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: March 2, 2000
Filed: March 13, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Federal inmate Jimmy Lee Butler appeals from the District Court's[1] 28 U.S.C. § 1915A order dismissing with prejudice his 42 U.S.C. § 1983 complaint against three Pulaski County, Arkansas jail officials and an employee in the jail's financing office, complaining that he was wrongly charged for meals while he was housed at the jail. Having carefully reviewed the record, see <u>Cooper v. Schriro</u>, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we conclude dismissal was proper because Butler has an adequate post-deprivation remedy in state court. See <u>Hudson v. Palmer</u>, 468 U.S. 517, 530-37 (1984) (when state actor deprives individual of personal property, individual does not have § 1983 claim if state law provides adequate post-deprivation remedy); Ark. R. Crim. P. 15.2 & 15.5 (1999) (providing that motion for return of seized items can be filed or other civil remedies can be pursued); <u>McQuillan v. Mercedes-Benz Credit Corp.</u>, 961 S.W.2d 729, 732 (Ark. 1998) ("Conversion is a common-law tort action for the wrongful possession or disposition of another's property.").

As to Butler's complaint that the Magistrate Judge lacked authority to "decide" this case, we note that the Magistrate Judge and the District Court Judge followed the procedures outlined in 28 U.S.C. § 636(b) in handling the case.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.